UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation

In Re:
    Bedros Yilmaz,

Debtor.

Order Filed on September 19, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.: 18-17153 JKS

Adv. No.:

Hearing Date: 8/23/18 @ 10:00 a.m..

Judge: John K. Sherwood

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 19, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtors:   Bedros Yilmaz
Case No:  18-17153 JKS
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property 2018 TOYOTA RAV4, VIN: JTMBFREV1JD234710, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Herbert B. Raymond, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of September 9, 2018, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due August 2018 – September 2018 for a total post-petition default of $599.48 (1  @ $299.87, less suspense $0.26); and

It is **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $599.48 to be received no later than September 22, 2018; and

It is further **ORDERED, ADJUDGED and DECREED** that regular payments are to resume October 9, 2018 directly to Secured Creditor's servicer, TMCC P.O. Box 4102, Carol Stream, IL 60197-4102; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtor's Chapter 13 plan and the motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Bedros Yilmaz  
      Debtor

Case No. 18-17153-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                    Page 1 of 1                  Date Rcvd: Sep 19, 2018  
                              Form ID: pdf903                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2018.  
db            +Bedros Yilmaz,   164 Camden Street,   Roselle Park, NJ 07204-2025

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2018 at the address(es) listed below:  
      Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation  
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
      Herbert B. Raymond    on behalf of Debtor Bedros  Yilmaz bankruptcy123@comcast.net,  
       jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com  
      Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation  
       kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
      Laura M. Egerman    on behalf of Creditor   Nationstar Mortgage LLC D/B/A Champion Mortgage Company bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com  
      Marie-Ann Greenberg    magecf@magtrustee.com  
      Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation  
       rsolarz@kmllawgroup.com  
      Sindi  Mncina    on behalf of Creditor   Nationstar Mortgage LLC D/B/A Champion Mortgage Company  
       smncina@rascrane.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                               TOTAL: 8