UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Raymond and Raymond**
**Attorneys at Law**
**7 Glenwood Avenue, 4TH Floor**
**East Orange, New Jersey 07017**
**Telephone: (973) 675-5622**
**Telefax: (408) 519-6711;**
**Email: bankruptcy123@comcast.net**
**Herbert B. Raymond #HR-1379**
**Jeffrey M. Raymond**
**Kevin de Lyon**
**Attorneys for the Debtor(s)**

Order Filed on October 15, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

  BEDROS  YILMAZ,  DEBTOR(S)

Case No.:   18-17153 (JKS)

Adv. No.:

Hearing Date:

Judge: JOHN SHERWOOD

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2),  is hereby **ORDERED**.

**DATED: October 15, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Bedros Yilmaz, Debtor(s)

Case no.:  18-17153 (JKS)

Caption of order: Order Granting Supplemental Counsel Fees
_____

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$400.00** for services rendered and expenses in the amount **$0.00**  for a total of **$400.00**.  The allowance shall be payable

    ___XXXX___    through the Chapter 13 plan as an administrative priority.

    _____    outside the plan.

    This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.