Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−17153−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bedros Yilmaz
   164 Camden Street
   Roselle Park, NJ 07204

Social Security No.:
   xxx−xx−5861

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 21, 2018.

On 10/16/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                November 12, 2020
Time:                 08:30 AM
Location:         Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 20, 2020
JAN: smz

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 18-17153-JKS

Bedros Yilmaz                                                                                    Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 3
Date Rcvd: Oct 20, 2020     Form ID: 185       Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bedros Yilmaz, 164 Camden Street, Roselle Park, NJ 07204-2025 |
| cr | + | Nationstar Mortgage LLC D/B/A Champion Mortgage Co, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517447477 | + | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 517447476 | + | Barclays Bank Delaware, Attn: Correspondence, P0 Box 8801, Wilmington, DE 19899-8801 |
| 517447478 | + | Barclays Bank Delaware, PO Box 8833, Wilmington, DE 19899-8833 |
| 517447484 | + | Champion Mortgage, P0 Box 5788, Cleveland, OH 44101-0788 |
| 517447483 | + | Champion Mortgage, 4910 Tiedeman Road, Cleveland, OH 44144-2338 |
| 517447485 | + | Champion Mortgage, 2617 College Park Drive, Scottsbluff, NE 69361-2294 |
| 517447486 | | Champion Mortgage Company, PO Box 40724, Lansing, MI 48901-7924 |
| 517447487 | #+ | Champion Mortgage Company, P0 Box 1948, Scottsbluff, NE 69363-1948 |
| 517601316 | + | NATIONSTAR MORTGAGE LLC, CHAMPION MORTGAGE COMPANY, 8950 Cypress Waters Blvd., Coppell TX 75019-4620 |
| 517447496 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 517447492 | + | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 517447493 | + | Nationstar Mortgage, PO Box 619093, Dallas, TX 75261-9093 |
| 517447495 | + | Nationstar Mortgage Inc, PO Box 619097, Dallas, TX 75261-9097 |
| 517447498 | + | RAS Cintron, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517447500 | + | Roselle Park Tax Collector, Borough Hall, 110 E. Westfield Avenue, Roselle Park, NJ 07204-2021 |
| 517447506 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit, 19001 South Western Avenue, PO Box 2958, Torrance, CA 90509 |
| 517447505 | + | Township of Roselle Park, Tax Collector, 110 E. Westfield Avenue, Roselle Park, NJ 07204-2021 |
| 517530417 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517447507 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, P0 Box 6429, Greenville, SC 29606 |
| 517447508 | + | Wells Fargo Bank, P0 Box 3117, Winston Salem, NC 27102-3117 |
| 517447509 | | Wells Fargo Bank, PO Box 1225, Charlotte, NC 28201-1225 |
| 517447510 | + | Wells Fargo Bank, Attn: National Asset Recovery, PO Box 701, Chesterfield, MO 63006-0701 |
| 517447512 | + | Wells Fargo Home Loans, 1 Home Campus, Des Moines, IA 50328-0001 |
| 517447513 | + | Wells Fargo Home Mortgage, PO Box 10437, Des Moines, IA 50306-0437 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 20 2020 21:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 20 2020 21:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 18-17153-JKS    Doc 69    Filed 10/22/20    Entered 10/23/20 00:35:37    Desc Imaged
                               Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 20, 2020 | Form ID: 185 | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517447482 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com Oct 20 2020 22:04:53 | | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 517447480 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com Oct 20 2020 22:06:03 | | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517447479 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com Oct 20 2020 22:05:30 | | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 517447481 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com Oct 20 2020 22:05:29 | | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 517541454 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com Oct 20 2020 22:04:53 | | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517447488 | | Email/PDF: ais.chase.ebn@americaninfosource.com Oct 20 2020 22:06:01 | | Chase Bank, PO Box 15153, Wilmington, DE 19886 |
| 517447489 | | Email/PDF: ais.chase.ebn@americaninfosource.com Oct 20 2020 22:04:51 | | Chase Bank, PO Box 659732, San Antonio, TX 78265 |
| 517447490 | | Email/PDF: ais.chase.ebn@americaninfosource.com Oct 20 2020 22:04:51 | | Chase Card Services, Correspondence Dept., P0 Box 15298, Wilmington, DE 19850 |
| 517447491 | | Email/PDF: ais.chase.ebn@americaninfosource.com Oct 20 2020 22:04:51 | | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517447501 | + | Email/PDF: gecsedi@recoverycorp.com Oct 20 2020 22:05:24 | | Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 517447502 | + | Email/PDF: gecsedi@recoverycorp.com Oct 20 2020 22:05:23 | | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 517447503 | + | Email/PDF: gecsedi@recoverycorp.com Oct 20 2020 22:05:23 | | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, P0 Box 965060, Orlando, FL 32896-5060 |
| 517447504 | + | Email/PDF: gecsedi@recoverycorp.com Oct 20 2020 22:05:24 | | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517447497 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage Inc., 350 Highland Drive, Lewisville, TX 75067 |
| 517447494 | *+ | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 517447499 | *+ | RAS Cintron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517447511 | ##+ | Wells Fargo Bank, PO Box 28724, Kansas City, MO 64188-8724 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2020    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Herbert B. Raymond | on behalf of Debtor Bedros Yilmaz herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company smncina@rascrane.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9