Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−17153−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bedros Yilmaz
   164 Camden Street
   Roselle Park, NJ 07204

Social Security No.:
   xxx−xx−5861

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 7/8/21 at 10:00 AM

to consider and act upon the following:

*84* − Creditor's Certification of Default (related document:72 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Melissa N. Licker on behalf of Nationstar Mortgage LLC D/B/A Champion Mortgage Company. Objection deadline is 06/16/2021. (Attachments: # 1 Proposed Order) (Licker, Melissa)

*87* − Certification in Opposition to (related document:84 Creditor's Certification of Default (related document:72 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Melissa N. Licker on behalf of Nationstar Mortgage LLC D/B/A Champion Mortgage Company. Objection deadline is 06/16/2021. (Attachments: # 1 Proposed Order) filed by Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company) filed by Herbert B. Raymond on behalf of Bedros Yilmaz. (Raymond, Herbert)

Dated: 6/8/21

                Jeanne Naughton
                Clerk, U.S. Bankruptcy Court