| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

In Re: _____

Case No.: _____

Chapter: 13

Judge: _____

## CERTIFICATION OF DEBTOR(S) IN SUPPORT OF
## COVID-19 CHAPTER 13 PLAN MODIFICATION

I [We], _____, am [are] the debtor[s] in the above-captioned Chapter 13 case and make this Certification under penalty of perjury in support of the COVID-19 Chapter 13 Plan Modification filed separately on the docket.

1) The Chapter 13 Plan was originally confirmed by order entered on _____.

2) I was current with plan payments through _____.

3) I was current with post-petition mortgage payments through _____ on property located at _____.

   [If not applicable, skip] [if more than 1 property, add additional lines]
   a) The mortgage payments referred to above are [check one]:

      ☐ contractual payments

      ☐ adequate protection payments

   b) I am current with post-petition real estate taxes on the property located at
      _____.

      ○ YES   ○ NO

   c) I have current liability insurance on the property and can provide proof thereof.

      ○ YES   ○ NO

4) If the confirmed plan includes a cram down on a mortgage, then answer the following:
   a) I am current with post-petition real estate taxes on the property located at
      _____.

      ○ YES   ○ NO

   b) I have current liability insurance on the property and can provide proof thereof.
      ○ YES   ○ NO

5) I was current with post-petition auto payments through _____ on the following automobile(s).  [If not applicable, skip]
   _____.

6) The change in my household income previously reported on Schedule I is $ _____.
   My current household income is $_____.  I have attached a current paystub or proof of the change in income to this certification [Redact any personally identifiable information before docketing.]
   My current total household expenses are now $_____.

7) As a result of COVID-19, I have suffered a material financial hardship which has impacted me in the following way:

[blank text box]

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: _____         _____
                                    Debtor's Signature

Dated: _____         _____
                                    Debtor's Signature

*new.12/2020*

2