Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.: 18−17153−JKS
           Chapter: 13
           Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bedros Yilmaz
   164 Camden Street
   Roselle Park, NJ 07204

Social Security No.:
   xxx−xx−5861

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on August 13, 2021.

   On 2/21/22 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                 March 24, 2022
Time:                08:30 AM
Location:         Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 22, 2022
JAN: wdh

                                                                      Jeanne Naughton
                                                                      Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-17153-JKS |
| Bedros Yilmaz | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 22, 2022 | Form ID: 185 | Total Noticed: 43 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bedros Yilmaz, 164 Camden Street, Roselle Park, NJ 07204-2025 |
| cr | + | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517447484 | + | Champion Mortgage, P0 Box 5788, Cleveland, OH 44101-0788 |
| 517447483 | + | Champion Mortgage, 4910 Tiedeman Road, Cleveland, OH 44144-2338 |
| 517447485 | + | Champion Mortgage, 2617 College Park Drive, Scottsbluff, NE 69361-2294 |
| 517447486 | | Champion Mortgage Company, PO Box 40724, Lansing, MI 48901-7924 |
| 517601316 | + | NATIONSTAR MORTGAGE LLC, CHAMPION MORTGAGE COMPANY, 8950 Cypress Waters Blvd., Coppell TX 75019-4620 |
| 517447496 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 517447497 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage Inc., 350 Highland Drive, Lewisville, TX 75067 |
| 517447493 | + | Nationstar Mortgage, PO Box 619093, Dallas, TX 75261-9093 |
| 517447492 | + | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 517447495 | + | Nationstar Mortgage Inc, PO Box 619097, Dallas, TX 75261-9097 |
| 517447498 | + | RAS Cintron, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517447500 | + | Roselle Park Tax Collector, Borough Hall, 110 E. Westfield Avenue, Roselle Park, NJ 07204-2021 |
| 517447505 | + | Township of Roselle Park, Tax Collector, 110 E. Westfield Avenue, Roselle Park, NJ 07204-2021 |
| 517447507 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, P0 Box 6429, Greenville, SC 29606 |
| 517447508 | + | Wells Fargo Bank, P0 Box 3117, Winston Salem, NC 27102-3117 |
| 517447509 | | Wells Fargo Bank, PO Box 1225, Charlotte, NC 28201-1225 |
| 517447510 | + | Wells Fargo Bank, Attn: National Asset Recovery, PO Box 701, Chesterfield, MO 63006-0701 |
| 517447511 | + | Wells Fargo Bank, PO Box 28724, Kansas City, MO 64188-8724 |
| 517447512 | + | Wells Fargo Home Loans, 1 Home Campus, Des Moines, IA 50328-0001 |
| 517447513 | + | Wells Fargo Home Mortgage, PO Box 10437, Des Moines, IA 50306-0437 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 22 2022 23:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 22 2022 23:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 22 2022 23:19:00 | Nationstar Mortgage LLC D/B/A Champion Mortgage Co, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517447476 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 22 2022 23:19:00 | Barclays Bank Delaware, Attn: Correspondence, P0 Box 8801, Wilmington, DE 19899-8801 |
| 517447477 | + | Email/Text: BarclaysBankDelaware@tsico.com | | |

Case 18-17153-JKS    Doc 109    Filed 02/24/22    Entered 02/25/22 00:19:14    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 22, 2022 | Form ID: 185 | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| 517447478 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 22 2022 23:19:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| | | | Feb 22 2022 23:19:00 | Barclays Bank Delaware, PO Box 8833, Wilmington, DE 19899-8833 |
| 517447482 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 22 2022 23:15:30 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 517447480 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 22 2022 23:15:35 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517447479 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 22 2022 23:16:06 | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 517447481 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 22 2022 23:15:54 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 517541454 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 22 2022 23:15:29 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517447488 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 22 2022 23:15:27 | Chase Bank, PO Box 15153, Wilmington, DE 19886 |
| 517447489 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 22 2022 23:16:06 | Chase Bank, PO Box 659732, San Antonio, TX 78265 |
| 517447490 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 22 2022 23:15:27 | Chase Card Services, Correspondence Dept., P0 Box 15298, Wilmington, DE 19850 |
| 517447491 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 22 2022 23:16:07 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517447496 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 22 2022 23:19:00 | Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 517447497 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 22 2022 23:19:00 | Nationstar Mortgage Inc., 350 Highland Drive, Lewisville, TX 75067 |
| 517601316 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 22 2022 23:19:00 | NATIONSTAR MORTGAGE LLC, CHAMPION MORTGAGE COMPANY, 8950 Cypress Waters Blvd., Coppell TX 75019-4620 |
| 517447492 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 22 2022 23:19:00 | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 517447495 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 22 2022 23:19:00 | Nationstar Mortgage Inc, PO Box 619097, Dallas, TX 75261-9097 |
| 517447501 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2022 23:16:06 | Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 517447502 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2022 23:15:29 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 517447503 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2022 23:15:54 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, P0 Box 965060, Orlando, FL 32896-5060 |
| 517447504 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2022 23:16:06 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 517447506 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 22 2022 23:19:00 | Toyota Motor Credit, 19001 South Western Avenue, PO Box 2958, Torrance, CA 90509 |
| 517530417 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 22 2022 23:19:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517447494 | *+ | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 517447499 | *+ | RAS Cintron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517447487 | ##+ | Champion Mortgage Company, P0 Box 1948, Scottsbluff, NE 69363-1948 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2022     Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Herbert B. Raymond | on behalf of Debtor Bedros Yilmaz herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11