Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−17153−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bedros Yilmaz
   164 Camden Street
   Roselle Park, NJ 07204

Social Security No.:
   xxx−xx−5861

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 25, 2022.

Dated: March 25, 2022
JAN: zlh

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Bedros Yilmaz  
    Debtor

Case No. 18-17153-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Mar 25, 2022      Form ID: plncf13      Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bedros Yilmaz, 164 Camden Street, Roselle Park, NJ 07204-2025 |
| cr | + | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517447485 | + | Champion Mortgage, 2617 College Park Drive, Scottsbluff, NE 69361-2294 |
| 517447484 | + | Champion Mortgage, P0 Box 5788, Cleveland, OH 44101-0788 |
| 517447483 | + | Champion Mortgage, 4910 Tiedeman Road, Cleveland, OH 44144-2338 |
| 517447486 | | Champion Mortgage Company, PO Box 40724, Lansing, MI 48901-7924 |
| 519537827 | + | Mortgage Assets Management, LLC, PHH Mortgage Services, P.O. Box 24606, West Palm Beach, FL 33416-4606 |
| 519537828 | + | Mortgage Assets Management, LLC, PHH Mortgage Services, P.O. Box 24606, West Palm Beach, FL 33416, Mortgage Assets Management, LLC PHH Mortgage Services 33416-4606 |
| 517601316 | + | NATIONSTAR MORTGAGE LLC, CHAMPION MORTGAGE COMPANY, 8950 Cypress Waters Blvd., Coppell TX 75019-4620 |
| 517447496 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 517447497 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage Inc., 350 Highland Drive, Lewisville, TX 75067 |
| 517447492 | + | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 517447493 | + | Nationstar Mortgage, PO Box 619093, Dallas, TX 75261-9093 |
| 517447495 | + | Nationstar Mortgage Inc, PO Box 619097, Dallas, TX 75261-9097 |
| 517447498 | + | RAS Cintron, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517447500 | + | Roselle Park Tax Collector, Borough Hall, 110 E. Westfield Avenue, Roselle Park, NJ 07204-2021 |
| 517447505 | + | Township of Roselle Park, Tax Collector, 110 E. Westfield Avenue, Roselle Park, NJ 07204-2021 |
| 517447507 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, P0 Box 6429, Greenville, SC 29606 |
| 517447508 | + | Wells Fargo Bank, P0 Box 3117, Winston Salem, NC 27102-3117 |
| 517447509 | | Wells Fargo Bank, PO Box 1225, Charlotte, NC 28201-1225 |
| 517447511 | + | Wells Fargo Bank, PO Box 28724, Kansas City, MO 64188-8724 |
| 517447510 | + | Wells Fargo Bank, Attn: National Asset Recovery, PO Box 701, Chesterfield, MO 63006-0701 |
| 517447512 | + | Wells Fargo Home Loans, 1 Home Campus, Des Moines, IA 50328-0001 |
| 517447513 | + | Wells Fargo Home Mortgage, PO Box 10437, Des Moines, IA 50306-0437 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 25 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 25 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 25 2022 20:44:00 | Mortgage Assets Management, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbott's Bridge Rd., Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 25 2022 20:44:00 | Nationstar Mortgage LLC D/B/A Champion Mortgage Co, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517447476 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 25 2022 20:44:00 | Barclays Bank Delaware, Attn: Correspondence, P0 Box 8801, Wilmington, DE 19899-8801 |
| 517447477 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 25 2022 20:44:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 517447478 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 25 2022 20:44:00 | Barclays Bank Delaware, PO Box 8833, Wilmington, DE 19899-8833 |
| 517447480 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2022 20:45:28 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517447482 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2022 20:45:28 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 517447479 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2022 20:45:28 | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 517447481 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2022 20:45:35 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 517541454 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2022 20:45:36 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517447488 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 25 2022 20:45:43 | Chase Bank, PO Box 15153, Wilmington, DE 19886 |
| 517447489 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 25 2022 20:45:27 | Chase Bank, PO Box 659732, San Antonio, TX 78265 |
| 517447490 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 25 2022 20:45:44 | Chase Card Services, Correspondence Dept., P0 Box 15298, Wilmington, DE 19850 |
| 517447491 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 25 2022 20:45:44 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 517447496 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 25 2022 20:44:00 | Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 517447497 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 25 2022 20:44:00 | Nationstar Mortgage Inc., 350 Highland Drive, Lewisville, TX 75067 |
| 517601316 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 25 2022 20:44:00 | NATIONSTAR MORTGAGE LLC, CHAMPION MORTGAGE COMPANY, 8950 Cypress Waters Blvd., Coppell TX 75019-4620 |
| 517447492 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 25 2022 20:44:00 | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 517447495 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 25 2022 20:44:00 | Nationstar Mortgage Inc, PO Box 619097, Dallas, TX 75261-9097 |
| 517447501 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2022 20:45:45 | Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 517447502 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2022 20:45:46 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 517447503 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2022 20:45:28 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, P0 Box 965060, Orlando, FL 32896-5060 |
| 517447504 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2022 20:45:29 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 517447506 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 25 2022 20:44:00 | Toyota Motor Credit, 19001 South Western Avenue, PO Box 2958, Torrance, CA 90509 |
| 517530417 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 25 2022 20:44:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

Case 18-17153-JKS    Doc 115    Filed 03/27/22    Entered 03/28/22 00:14:03    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 25, 2022 | Form ID: plncf13 | Total Noticed: 46 |
| TOTAL: 27 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517447494 | *+ | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 517447499 | *+ | RAS Cintron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517447487 | ##+ | Champion Mortgage Company, P0 Box 1948, Scottsbluff, NE 69363-1948 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2022        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Herbert B. Raymond | on behalf of Debtor Bedros Yilmaz herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Shauna M Deluca | on behalf of Creditor Mortgage Assets Management  LLC sdeluca@raslg.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company smncina@raslg.com |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 25, 2022 | Form ID: plncf13 | Total Noticed: 46 |

U.S. Trustee
                 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12