Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 18−17153−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Bedros Yilmaz
　164 Camden Street
　Roselle Park, NJ 07204

Social Security No.:
　xxx−xx−5861

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 5/25/23 at 10:00 AM

to consider and act upon the following:

*123* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/3/2023. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*125* − Certification in Opposition to (related document:123 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/3/2023. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Herbert B. Raymond on behalf of Bedros Yilmaz. (Raymond, Herbert)

Dated: 5/2/23

　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-17153-JKS |
| Bedros Yilmaz | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 02, 2023 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bedros Yilmaz, 164 Camden Street, Roselle Park, NJ 07204-2025 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 04, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | |
| | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Herbert B. Raymond | |
| | on behalf of Debtor Bedros Yilmaz herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Laura M. Egerman | |
| | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@raslg.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 02, 2023 | Form ID: ntchrgbk | Total Noticed: 1 |

Marie-Ann Greenberg
 magecf@magtrustee.com

Melissa N. Licker
 on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond
 on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

Shauna M Deluca
 on behalf of Creditor Mortgage Assets Management  LLC sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina
 on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company smncina@raslg.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11