UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax: (408) 519-6711;
Email: herbertraymond@gmail.com
Herbert B. Raymond #HR-1379
Jeffrey M. Raymond
Kevin de Lyon
Attorneys for the Debtor(s)**

Order Filed on June 20, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 18-17153 (JKS) |
| BEDROS YILMAZ, DEBTOR(S) | Adv. No.: |
| | Hearing Date: |
| | Judge: JOHN SHERWOOD |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: June 20, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Bedros Yilmaz, Debtor(s)

Case no.:  18-17153 (JKS)

Caption of order: Order Granting Supplemental Counsel Fees
_____

   The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

   ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$400.00** for services rendered and expenses in the amount **$0.00**  for a total of **$400.00**.  The allowance shall be payable

   ___XXXX___   through the Chapter 13 plan as an administrative priority.

   _____   outside the plan.

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed on a pro rata basis for payment of allowed administrative expenses under 11 U.S.C. 503(b) before a refund is issued to the debtor. If the applicant is the only individual/entity with allowable administrative expenses, then any funds on hand with the Chapter 13 Trustee shall be disbursed in payment of applicant's allowed administrative expenses before a refund is issued to the debtor.