|   |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Raymond and Raymond**<br>**Attorneys at Law**<br>**7 Glenwood Avenue, 4TH Floor**<br>**East Orange, New Jersey 07017**<br>**Telephone: (973) 675-5622**<br>**Telefax: (408) 519-6711;**<br>**Email: herbertraymond@gmail.com**<br>**Herbert B. Raymond #HR-1379**<br>**Jeffrey M. Raymond**<br>**Kevin de Lyon**<br>**Attorneys for the Debtor(s)** |

Order Filed on November 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>BEDROS YILMAZ, DEBTOR(S) | Case No.:   18-17153 (JKS)<br>Adv. No.:<br>Hearing Date:<br>Judge: JOHN SHERWOOD |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

　　　　The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: November 17, 2023**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Bedros Yilmaz, Debtor(s)

Case no.:  18-17153 (JKS)

Caption of order: Order Granting Supplemental Counsel Fees

_____

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$600.00** for services rendered and expenses in the amount **$0.00**  for a total of **$600.00.**  The allowance shall be payable

    ___XXXX___   through the Chapter 13 plan as an administrative priority.

    _____   outside the plan.

PLAN PAYMENTS SHALL BE MODIFIED TO REQUIRE PAYMENT AS FOLLOWS:

**$49,420 paid in through September 2023**

**$1,732 for two (2) months starting October 2023**

**$1,746 per month for seventeen (17) months starting December 2023**

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed on a pro rata basis for payment of allowed administrative expenses under 11 U.S.C. 503(b) before a refund is issued to the debtor. If the applicant is the only individual/entity with allowable administrative expenses, then any funds on hand with the Chapter 13 Trustee shall be disbursed in payment of applicant's allowed administrative expenses before a refund is issued to the debtor.