# RAYMOND & RAYMOND
### Attorneys at Law

Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin de Lyon, Esq.

7 Glenwood Avenue, 4th Fl., Ste. 408
East Orange, NJ 07017
Telephone (973) 675-5622
Facsimile (408) 519-6711

Email: herbertraymond@gmail.com
Website: www.bankruptcylaw123.com

December 5, 2023

Honorable John Sherwood, U.S.B.J.
U.S. Bankruptcy Court
50 Walnut St., 3rd Floor
Newark, NJ 07102

    Re: Bedros Yilmaz, Debtor(s)
        18-17153
        Chapter 13
    Proceeding: Trustee's Default Certification
    Hearing Date: To Be Determined

Dear Judge Sherwood:

Please accept this letter in opposition to the above matter.

The certification states that the debtor is $3,464 in arrears with trustee payments through November 2023. This appears to be correct. We are currently working with the debtor to file a response, but are not yet in position to do so as we are waiting on information from the debtor. The deadline to respond is today and the case will be automatically dismissed if no opposition is filed. I therefore request that the court schedule a hearing on the matter with the intention for a more formal response to be filed in the interim.

        Respectfully submitted,

        /S/ HERBERT B. RAYMOND, ESQ.
        ------------------------------
        HERBERT B. RAYMOND, ESQ.