| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>   BEDROS YILMAZ |

Order Filed on February 9, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-17153 JKS

Hearing Date:  2/8/2024

**ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 9, 2024**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): BEDROS YILMAZ

Case No.: 18-17153

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 02/08/2024 on notice to HERBERT B. RAYMOND, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,961.00 starting on 2/1/2024 for the remaining 15 month(s); and it is further

- ORDERED, that the Debtor(s) must pay $1,746.00 to the Trustee's office by 2/15/2024 or the case will be dismissed with no further Notice to Debtor or Debtor's Attorney.