UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Raymond and Raymond**
**Attorneys at Law**
**7 Glenwood Avenue, 4ᵀᴴ Floor**
**East Orange, New Jersey 07017**
**Telephone: (973) 675-5622**
**Telefax: (408) 519-6711;**
**Email: herbertraymond@gmail.com**
**Herbert B. Raymond #HR-1379**
**Jeffrey M. Raymond**
**Kevin de Lyon**
**Attorneys for the Debtor(s)**

Order Filed on February 21, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

BEDROS YILMAZ, DEBTOR(S)

Case No.: 18-17153 (JKS)

Adv. No.:

Hearing Date:

Judge: JOHN SHERWOOD

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: February 21, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: Bedros Yilmaz, Debtor(s)

Case no.:  18-17153 (JKS)

Caption of order: Order Granting Supplemental Counsel Fees
_____

　　　The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

　　　ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$400.00** for services rendered and expenses in the amount **$0.00**  for a total of **$400.00**.  The allowance shall be payable

　　　___XXXX___   through the Chapter 13 plan as an administrative priority.

　　　_____   outside the plan.

PLAN PAYMENTS SHALL BE MODIFIED TO REQUIRE PAYMENT AS FOLLOWS:

**$51,420 paid in through January 2024**

**$1,746 by February 15, 2024**

**$1,986 per month for fifteen (15) months starting February 2024**

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed on a pro rata basis for payment of allowed administrative expenses under 11 U.S.C. 503(b) before a refund is issued to the debtor. If the applicant is the only individual/entity with allowable administrative expenses, then any funds on hand with the Chapter 13 Trustee shall be disbursed in payment of applicant's allowed administrative expenses before a refund is issued to the debtor.

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 18-17153-JKS

Bedros Yilmaz   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                                          User: admin                                                          Page 1 of 2
Date Rcvd: Feb 21, 2024                                                 Form ID: pdf903                                                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bedros Yilmaz, 164 Camden Street, Roselle Park, NJ 07204-2025 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2024                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2024 at the address(es) listed below:

**Name**                         **Email Address**

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Herbert B. Raymond
    on behalf of Debtor Bedros Yilmaz herbertraymond@gmail.com
    raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Kevin Gordon McDonald
    on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Laura M. Egerman
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 21, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Marie-Ann Greenberg
    magecf@magtrustee.com

Melissa N. Licker
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

Shauna M Deluca
    on behalf of Creditor Mortgage Assets Management  LLC sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11