Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−17153−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bedros Yilmaz
   164 Camden Street
   Roselle Park, NJ 07204

Social Security No.:
   xxx−xx−5861

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/20/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 21, 2024
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 18-17153-JKS
Bedros Yilmaz                                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                                                 User: admin                                                                 Page 1 of 4
Date Rcvd: May 21, 2024                                                     Form ID: 148                                                         Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bedros Yilmaz, 164 Camden Street, Roselle Park, NJ 07204-2025 |
| cr | + | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517447485 | + | Champion Mortgage, 2617 College Park Drive, Scottsbluff, NE 69361-2294 |
| 517447484 | + | Champion Mortgage, P0 Box 5788, Cleveland, OH 44101-0788 |
| 517447483 | + | Champion Mortgage, 4910 Tiedeman Road, Cleveland, OH 44144-2338 |
| 517447486 | | Champion Mortgage Company, PO Box 40724, Lansing, MI 48901-7924 |
| 517447487 | + | Champion Mortgage Company, P0 Box 1948, Scottsbluff, NE 69363-1948 |
| 517447493 | + | Nationstar Mortgage, PO Box 619093, Dallas, TX 75261-9093 |
| 517447500 | + | Roselle Park Tax Collector, Borough Hall, 110 E. Westfield Avenue, Roselle Park, NJ 07204-2021 |
| 517447505 | + | Township of Roselle Park, Tax Collector, 110 E. Westfield Avenue, Roselle Park, NJ 07204-2021 |
| 517447507 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, P0 Box 6429, Greenville, SC 29606 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 21 2024 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 21 2024 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | May 21 2024 20:23:00 | Mortgage Assets Management, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbott's Bridge Rd., Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | May 21 2024 20:23:00 | Nationstar Mortgage LLC D/B/A Champion Mortgage Co, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517447476 | + | EDI: TSYS2 | May 22 2024 00:12:00 | Barclays Bank Delaware, Attn: Correspondence, P0 Box 8801, Wilmington, DE 19899-8801 |
| 517447477 | + | EDI: TSYS2 | May 22 2024 00:12:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 517447478 | + | EDI: TSYS2 | May 22 2024 00:12:00 | Barclays Bank Delaware, PO Box 8833, Wilmington, DE 19899-8833 |
| 517447480 | | EDI: CAPITALONE.COM | May 22 2024 00:12:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517447482 | | EDI: CAPITALONE.COM | May 22 2024 00:12:00 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 517447479 | + | EDI: CAPITALONE.COM | May 22 2024 00:12:00 | Capital One, Attn: Bankruptcy, P0 Box 30285, Salt Lake City, UT 84130-0285 |

Case 18-17153-JKS    Doc 160    Filed 05/23/24    Entered 05/24/24 00:16:09    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 21, 2024 | Form ID: 148 | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| 517447481 | + | EDI: CAPITALONE.COM | May 22 2024 00:12:00 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 517541454 | | EDI: CAPITALONE.COM | May 22 2024 00:12:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517447488 | | EDI: JPMORGANCHASE | May 22 2024 00:12:00 | Chase Bank, PO Box 15153, Wilmington, DE 19886 |
| 517447489 | | EDI: JPMORGANCHASE | May 22 2024 00:12:00 | Chase Bank, PO Box 659732, San Antonio, TX 78265 |
| 517447490 | | EDI: JPMORGANCHASE | May 22 2024 00:12:00 | Chase Card Services, Correspondence Dept., P0 Box 15298, Wilmington, DE 19850 |
| 517447491 | | EDI: JPMORGANCHASE | May 22 2024 00:12:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 519537827 | + | EDI: LCIPHHMRGT | May 22 2024 00:12:00 | Mortgage Assets Management, LLC, PHH Mortgage Services, P.O. Box 24606, West Palm Beach, FL 33416-4606 |
| 519537828 | + | EDI: LCIPHHMRGT | May 22 2024 00:12:00 | Mortgage Assets Management, LLC, PHH Mortgage Services, P.O. Box 24606, West Palm Beach, FL 33416, Mortgage Assets Management, LLC, PHH Mortgage Services 33416-4606 |
| 517447496 | | Email/Text: nsm_bk_notices@mrcooper.com | May 21 2024 20:24:00 | Nationstar Mortgage , LLC, PO Box 299008, Lewisville, TX 75029 |
| 517447497 | | Email/Text: nsm_bk_notices@mrcooper.com | May 21 2024 20:24:00 | Nationstar Mortgage Inc., 350 Highland Drive, Lewisville, TX 75067 |
| 517601316 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 21 2024 20:24:00 | NATIONSTAR MORTGAGE LLC, CHAMPION MORTGAGE COMPANY, 8950 Cypress Waters Blvd., Coppell TX 75019-4620 |
| 517447492 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 21 2024 20:24:00 | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 517447495 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 21 2024 20:24:00 | Nationstar Mortgage Inc, PO Box 619097, Dallas, TX 75261-9097 |
| 517447498 | + | Email/Text: RASEBN@raslg.com | May 21 2024 20:23:00 | RAS Cintron, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517447501 | + | EDI: SYNC | May 22 2024 00:12:00 | Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 517447502 | + | EDI: SYNC | May 22 2024 00:12:00 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 517447503 | + | EDI: SYNC | May 22 2024 00:12:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, P0 Box 965060, Orlando, FL 32896-5060 |
| 517447504 | + | EDI: SYNC | May 22 2024 00:12:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 517530417 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 21 2024 20:23:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517447506 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 21 2024 20:24:00 | Toyota Motor Credit, 19001 South Western Avenue, PO Box 2958, Torrance, CA 90509-2958 |
| 519548452 | | Email/PDF: bncnotices@becket-lee.com | May 21 2024 20:30:30 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517447509 | | EDI: WFFC | May 22 2024 00:12:00 | Wells Fargo Bank, PO Box 1225, Charlotte, NC 28201-1225 |
| 517447508 | + | EDI: WFFC2 | May 22 2024 00:12:00 | Wells Fargo Bank, P0 Box 3117, Winston Salem, NC 27102-3117 |
| 517447511 | + | EDI: WFFC | May 22 2024 00:12:00 | Wells Fargo Bank, PO Box 28724, Kansas City, |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 21, 2024 | Form ID: 148 | Total Noticed: 48 |

| Recip ID | | Bypass | | Date/Time | Name and Address |
|---|---|---|---|---|---|
| | | | | | MO 64188-8724 |
| 517447510 | + | EDI: WFFC | | May 22 2024 00:12:00 | Wells Fargo Bank, Attn: National Asset Recovery, PO Box 701, Chesterfield, MO 63006-0701 |
| 517447512 | + | EDI: WFFC2 | | May 22 2024 00:12:00 | Wells Fargo Home Loans, 1 Home Campus, Des Moines, IA 50328-0001 |
| 517447513 | + | EDI: WFFC | | May 22 2024 00:12:00 | Wells Fargo Home Mortgage, PO Box 10437, Des Moines, IA 50306-0437 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Toyota Motor Credit Corp., c/o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 517447494 | *+ | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 517447499 | *+ | RAS Cintron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2024 at the address(es) listed below:

**Name**          **Email Address**

Denise E. Carlon
   on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gavin Stewart
   on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Herbert B. Raymond
   on behalf of Debtor Bedros Yilmaz herbertraymond@gmail.com
   raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Kevin Gordon McDonald
   on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Laura M. Egerman
   on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
   magecf@magtrustee.com

Melissa N. Licker
   on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: May 21, 2024 | Form ID: 148 | Total Noticed: 48

    on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

Shauna M Deluca
    on behalf of Creditor Mortgage Assets Management  LLC sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11