| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | Case No.:  18-17153JKS |
| IN RE:<br><br>    BEDROS YILMAZ | Judge:  JOHN K. SHERWOOD |

Order Filed on May 20, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: May 20, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): BEDROS YILMAZ

Case No.: 18-17153JKS

Caption of Order: ORDER DISMISSING PETITION

---

THIS MATTER having come before the Court on the application of the Chapter 13 Standing Trustee, and the Court having considered the Chapter 13 Standing Trustee's application and the Court having ordered the debtor(s) not to be more than thirty days in default as set forth in the attached certification, and the debtor(s) having failed to comply with that order as set forth in the attached certification, and good and sufficient cause appearing therefrom for the entry of this order, it is:

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

ORDERED, pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

ORDERED AND DIRECTED, any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commisions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

United States Bankruptcy Court
District of New Jersey

In re:  
Bedros Yilmaz  
    Debtor

Case No. 18-17153-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: May 21, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bedros Yilmaz, 164 Camden Street, Roselle Park, NJ 07204-2025 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2024 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon  
     on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gavin Stewart  
     on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Herbert B. Raymond  
     on behalf of Debtor Bedros Yilmaz herbertraymond@gmail.com  
     raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Kevin Gordon McDonald  
     on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Laura M. Egerman  
     on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com

Case 18-17153-JKS    Doc 161    Filed 05/23/24    Entered 05/24/24 00:16:09    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 21, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Marie-Ann Greenberg
 magecf@magtrustee.com

Melissa N. Licker
 on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond
 on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

Shauna M Deluca
 on behalf of Creditor Mortgage Assets Management  LLC sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina
 on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company smncina@raslg.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11